IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-259-FL-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| LIAL DONNELL McKOY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for reduction of sentence pursuant to the First Step Act of 2018, (DE 294), and emergency motion for status update, (DE 315).

Upon consideration of the issues raised, the court DIRECTS the government to respond to defendant's First Step Act motion within **14 days** of entry of this order. Within **14 days** of the government's response, United States Probation shall file modification to the presentence investigation report. The parties may file objections to the modified presentence investigation report within **14 days** of receipt of the report.

Based upon the foregoing, the court GRANTS defendant's motion for a status report, (DE 315), and HOLDS IN ABEYANCE defendant's First Step Act motion, (DE 294), pending receipt of the foregoing submissions.

SO ORDERED, this the 5th day of May, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge