IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-259-FL-3

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| LIAL MCKOY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release. (DE 366). Upon review of the motion, the response by the government, and the record in this case, defendant has not demonstrated good cause for early termination of supervised release. Based on the nature of the offenses of conviction, defendant's criminal history, and the reasons for imposition of supervised release, continued supervised release is required. Defendant's completion of two years of supervised release is consistent with the court's expectations at sentencing. In addition, the court notes the position of the probation office, and the court encourages defendant to follow the probation office requirements "to become eligible for early termination track," including "a cognitive behavioral program." (Gov. Resp. (DE 368) at 5). Therefore, defendant's motion is DENIED.

SO ORDERED, this the 27th day of July, 2023.

LOUISE W. FLANAGAN
United States District Judge